# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN RAY WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-274-F |
| ) | |
| ROWDY SWEET, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

On April 1, 2022, Plaintiff Steven Ray Wood, a *pro se* pretrial detainee who is incarcerated at Pope County Detention Center in Russellville, Arkansas, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). He alleges Defendants "knowingly and willingly labeled [him] a sex offender and placed [his] life in danger," thereby violating his Sixth, Eighth, and Fourteenth Amendment rights. (*Id*. at 6-7). Specifically, he alleges that Defendants housed him with sex offenders, despite the fact he did not "request to be housed with sex offenders" and has not been "charged with a sex crime of any kind." (*Id*. at 7).

Plaintiff is presently incarcerated in Russellville, Pope County, Arkansas, and the complaint asserts that the Defendants are located there as well. (*Id*. at 4). Pope County lies within the territorial jurisdiction of the Eastern District of Arkansas.

A civil action may be brought in –

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or]
(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, . . . .

28 U.S.C. § 1391(b)(1)-(2). Plaintiff does not assert that any defendant resides within the Western District of Oklahoma. Nor does Plaintiff assert that any part of the events or omissions giving rise to this claim occurred in the Western District of Oklahoma. Thus, the undersigned finds that proper venue does not lie in this district. Accordingly, the undersigned recommends that the Court **TRANSFER** this case to the Eastern District of Arkansas. *See* 28 U.S.C. 1406(a).

## Recommendation and Notice of Right to Object

For these reasons, the undersigned recommends that this action be **TRANSFERRED** to the Eastern District of Arkansas. **Petitioner is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by May 16, 2022,** in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues and terminates the referral to the undersigned Magistrate Judge unless and until the matter is re-referred.

ENTERED this 25th day of April, 2022.

AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE