**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STEVEN RAY WOOD**                                                          **PLAINTIFF**
**#39042**

**VS.**                                     **4:22-cv-00496-BRW**

**ROWDY SWEET, Captain,**
**Pope County Sheriff's Department;** *et al.*                          **DEFENDANTS**

<u>**JUDGMENT**</u>

    Based on the dispositive Order entered today, Plaintiff's claims are dismissed.   I certify

that an *in forma pauperis* appeal would not be taken in good faith.[1]

    IT IS SO AJUDGED this 24th day of   August, 2022.


                             BILLY ROY WILSON
                        UNITED STATES DISTRICT JUDGE

---

[1]   28 U.S.C. § 1915(a)(3).

1